Held 11/13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

November 13, 2003

9:45 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. 3:03-cv-462 (WWE)   Harrigan v. Wood

Vincent T. McManus
116 South Main St.
Wallingford, CT 06492

Thomas Matthew Noniewicz
Sizemore Law Offices
Crossroads Corporate Park
6 Devine St., 1st Fl.
North Haven, CT 06473

James E. Wildes
Sizemore Law Offices
Crossroads Corporate Park
6 Devine St., 1st Fl.
North Haven, CT 06473

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK