#12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLYN HARRIGAN<br>  Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:03-CV00462 (WWE) |
| FREDERICK HENRY WOOD, JR.<br>Individually<br>     and<br>RUDY KNIGHT, Individually<br>  Defendants | : | NOVEMBER 13, 2003 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION AND THE PLAINTIFF'S REQUEST FOR ADMISSIONS**

The undersigned defendant pursuant to Local Rule 7(b) moves for a 30 day extension to December 21, 2003 to respond to the plaintiff's first set of Interrogatories and Requests for Production dated October 14, 2003 AND THE PLAINTIFF'S Requests for Admissions dated October 21, 2003. The defendant certifies that there is no objection to this motion and that this is their first motion requesting time.

MOTION GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-19-03

FILED 2003 NOV 20 US DISTRICT COURT BRIDGEPORT CT

THE DEFENDANTS
 FREDERICK HENRY WOOD, JR.
 and RUDY KNIGHT

Thomas M. Noniewicz
Federal Bar No.: ct14845
Sizemore Law Offices
Crossroad Corporate Park
6 Devine Street, 1st Floor
North Haven, CT 06473
(203) 407-6000

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered or mailed, postage pre-paid via U.S. mail this 13th day of November, 2003 to:

Vincent McManus JR
116 South Main Street
Wallingford  CT  06492

_____
Thomas M. Noniewicz