FILED

2004 JAN 30 P 12: 05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT C...
BRIDGEP...

| | |
|---|---|
| **CAROLYN HARRIGAN** | : |
| Plaintiff | : |
| | : No. 03-CV-462 (WWE) |
| VS. | : |
| **FREDERICK HENRY WOOD, JR. and RUDY KNIGHT** | : |
| Defendants | : January 29, 2004 |

**MOTION FOR PROTECTIVE ORDER**

The plaintiff in the above-entitled matter hereby moves this court for an order prohibiting the defendant from taking the deposition of the plaintiff's expert, Mike Miller, pursuant to the Notice of Deposition dated January 26, 2004 (Exhibit A attached hereto) for the following reasons:

Mike Miller has a lengthy vacation scheduled for the last part of January and the first part of February and will not be available at that time for the preparation for and taking of his deposition.

Pursuant to the Form 26(f) filed in this matter, the parties have until May 19, 2004 to depose expert witnesses. Therefore, there is more than sufficient time to

reschedule this deposition to a date and time convenient for the witness and all counsel of record.

The plaintiff, therefore, seeks an Order from this Court directing that the deposition of Mike Miller not be had on February 16, 2004 and that it be rescheduled to a day and time convenient for the witness and all counsel of record.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to: Thomas Noniewicz, Esq., Sizemore Law Offices, 6 Devine Street, First Floor, North Haven, CT 06473.

_____
Vincent T. McManus, Jr.
Plaintiff's Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLYN HARRIGAN<br>    Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:03-CV00462 (WWE) |
| FREDERICK HENRY WOOD, JR.<br>Individually<br>    and<br>RUDY KNIGHT, Individually<br><br>    Defendants | : | January 26, 2004 |

### Re-NOTICE OF DEPOSITION

Please take notice that, pursuant to Sections 13-26 through 13-32 of the Practice Book, the undersigned defendants in the above entitled action has noticed the deposition of the plaintiff's expert, **Mike Miller,** for the purpose of discovery and/or use at trial thereof, on **Monday, February 16, 2004 at 10:00 a.m.,** before Sanders, Gale & Russell, Court Reporters, or other competent authority at the Sizemore Law Offices, Crossroads Corporate Park, 6 Devine Street, North Haven, Connecticut.

DEFENDANT,

By_____
Thomas M. Noniewicz, Esq.
Sizemore Law Offices
Crossroads Corporate Park
6 Devine Street, First Floor
North Haven, CT 06473
(203)407-6000

## CERTIFICATION

    THIS IS TO CERTIFY THAT, a copy of the foregoing has been mailed via certified mail, return receipt requested, postage prepaid via US mail, or electronically delivered pursuant to P.B. Section 10-14 as amended January 1, 1999, this 24th day of January, 2004, to:

CERTIFIED MAIL
Mike Miller, P.E.
Spectrum Engineering Group LLC
1111 South Main Street
Cheshire  CT  06410

CERTIFIED MAIL
Vincent McManus JR
116 South Main Street
Wallingford  CT  06492

 and by regular mail to

Sanders, Gale & Russell
P.O. Box 1048
New Haven, CT 06504.

_____
Thomas M. Noniewicz