FILED

2004 MAR -8 P 12: 21

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROLYN HARRIGAN                :        CIVIL ACTION
    Plaintiff

vs.                             :        NO.  3:03-CV00462 (WWE)

FREDERICK HENRY WOOD, JR.
Individually
            and
RUDY KNIGHT, Individually
                                :        March 5, 2004
        Defendants


## OBJECTION TO PLAINTIFF'S MOTION TO COMPEL

The defendants in the above entitled matter object to the plaintiff's motion to compel of February 19, 2004.

The plaintiff states that the defendant's counsel has made "numerous promises" to produce the defendant Henry Wood for a deposition, but has failed to do so. This statement does not accurately state the situation.

Mr. Wood does not live in this jurisdiction. The summons filed by the plaintiff in this case reflects that the plaintiff lived in Reno, Nevada at the commencement of this case. He has since moved to Ohio.

Mr. Wood is an over the road tractor trailer driver who is on the road most of the year. Counsel for the plaintiff expressed an interest in deposing Mr. Wood since September 2003. Counsel for the defendant has tried to accommodate the plaintiff's counsel by trying to produce Mr. Wood in this jurisdiction, but Mr. Wood has not been available to be deposed in this jurisdiction.

Counsel for the defendant has informed counsel for the plaintiff on several occasions that Mr. Wood is not available in this jurisdiction, and that if he wants to depose Mr. Wood, he will have to travel to Mr. Wood's jurisdiction. ( See attached correspondence to plaintiff's counsel attached as exhibits  Exhibit A Letter of 9/16/03; Exhibit B 11/13/03; Exhibit C 12/18/03 ).

Note that no subpoena has ever been served on Mr. Wood as discussed in  Rule 30(a) of the Federal Rules of Civil Procedure.

There is a general presumption that the deposition of a defendant should "be held in the district of his residence. "Six West Retail Acquisition, Inc. v. Sony Theatre Management Corp., 203 F.R.D. 98, 107 (S.D.N.Y.2001); Mill-Run Tours, Inc. v. Khashoggi, 124 F.R.D. 547, 550 (S.D.N.Y.1989).

If a plaintiff notices a defendant's deposition with a location other than defendant's residence and defendant objects, the plaintiff has the affirmative

burden of demonstrating "peculiar" circumstances which compel the court to order the depositions to be held in an alternate location. *See* <u>Six West Retail Acquisition, Inc.,</u> 203 F.R.D. at 107. The reason is that the plaintiff has the ability to choose the forum which to litigate, and "defendants are not before the court by choice, it is the plaintiff who should bear any reasonable burdens of inconvenience that the action presents." <u>Federal Deposit Insurance</u>, 1990 WL 155727, at Page1. <u>Mill Run Tours, Inc., v. Khashoggi,</u> 124F.R.D. 547,550 (S.D.N.Y. 1989).

There are no such special circumstances in this case. The plaintiff is the party who elected to bring the litigation in this forum. She could have brought the lawsuit in the jurisdiction in which Mr. Wood or the other defendant Mr. Knight is a resident, but she elected not to.

Despite the presumption in favoring the defendant's counsel has attempted to accommodate the plaintiff by producing Mr. Wood in this jurisdiction. To date, that has not been accomplished. The plaintiff's counsel has been informed that if he needs to take the deposition, then he is welcome to take it in Mr. Wood's jurisdiction.

Therefore, the defendant submits that the motion to Compel should be denied.

THE DEFENDANTS,
FREDERICK WOOD
RUDY KNIGHT

By_____
Thomas M. Noniewicz, Esq.
Sizemore Law Offices
Crossroads Corporate Park
6 Devine Street, First Floor
North Haven, CT 06473
(203)407-6000

4

## **CERTIFICATION**

THIS IS TO CERTIFY THAT, a copy of the foregoing has been mailed via certified mail, return receipt requested, postage prepaid via US mail, or electronically delivered pursuant to P.B. Section 10-14 as amended January 1, 1999, this 5th day of March, 2004, to:

Vincent McManus JR
116 South Main Street
Wallingford  CT  06492


Thomas M. Noniewicz

# EXHIBIT A

# SIZEMORE LAW OFFICES

Crossroads Corporate Park, 6 Devine Street - First Floor, North Haven, CT 06473
Phone (203) 407-6000/Facsimile (203) 407-6099

NADA K. SIZEMORE

DONALD F. BABIYAN
NANCY E. BERDON
ALYSON GREENLAW CLEARY
MICHAEL D. DWYER
LISA D. FERRANTE
CYNTHIA M. GARRATY

CHRISTOPHER KALLENBACH
THOMAS M. NONIEWICZ
ROBERT J. SCIGLIMPAGLIA, JR.
NEETA M. VATTI
CYNTHIA A. WATTS
JAMES E. WILDES

September 16, 2003

Attorney Vincent P. McManus Jr.
116 South Main Street
Wallingford  Ct  06492

RE:    Carolyn Harrigan v. Frederick Henry Wood, Jr., et al
       New Haven Federal Court
       Our File No.: 030241

Dear Attorney McManus:

I have received your notice of deposition for Mr. Wood.  I have two depositions previously scheduled for September 26, 2003, and am unavailable for that date. Therefore, we will not be able to proceed with the Wood deposition.

You are aware that Mr. Wood resides out of state in Las Vegas, Nevada. I will contact Mr. Wood and see if he is available for a deposition in Connecticut. If he is, I will provide you with the date(s) he is available. Otherwise, I will obtain some dates upon which he will make himself available in Las Vegas.

Should you have any questions, please free to call and discuss. My direct dial number is (203) 407-6026.

Sincerely,

Thomas M. Noniewicz

# EXHIBIT B

# SIZEMORE LAW OFFICES

**Crossroads Corporate Park, 6 Devine Street - First Floor, North Haven, CT 06473**
**Phone (203) 407-6000/Facsimile (203) 407-6099**

NADA K. SIZEMORE
_____

DONALD F. BABIYAN
NANCY E. BERDON
ALYSON GREENLAW CLEARY
TRACEY GREEN CLEARY
MICHAEL D. DWYER
LISA D. FERRANTE
CYNTHIA M. GARRATY

KAREN GIAIMO
CHRISTOPHER KALLENBACH
THOMAS M. NONIEWICZ
NEETA M. VATTI
CYNTHIA A. WATTS
JAMES E. WILDES

November 13, 2003

Attorney Vincent P. McManus Jr.
116 South Main Street
Wallingford  Ct  06492

RE:    Carolyn Harrigan v. Frederick Henry Wood, Jr., et al
       New Haven Federal Court
       Our File No.:  030241

Dear Attorney McManus:

I received your notice of deposition for Mr. Wood. As I have previously indicated to you, I have been unable to confirm his availability for a deposition in Connecticut. I will continue to try to confirm that, and will let you know when I have more information.

Additionally, I thank you for agreeing to an extension of time of thirty days to file discovery responses and to file responses to your request for admissions. We are diligently attempting to get you the information you are seeking.

This shall serve as an agreement in compliance with F.R.C.P.  36, and local rule 7(b) which permits the parties to amend discovery deadlines as long as both parties agree. I will also file a motion for entension of time on these two discovery issues, and will note your consent on the motions.

Should you have any questions, please free to call and discuss. My direct dial number is (203) 407-6026.

Sincerely,

Thomas M. Noniewicz

# EXHIBIT C

# SIZEMORE LAW OFFICES

**Crossroads Corporate Park, 6 Devine Street - First Floor, North Haven, CT 06473**
**Phone (203) 407-6000/Facsimile (203) 407-6099**

NADA K. SIZEMORE

DONALD F. BABIYAN
NANCY E. BERDON
ALYSON GREENLAW CLEARY
TRACEY GREEN CLEARY
MICHAEL D. DWYER
LISA D. FERRANTE

CYNTHIA M. GARRATY
KAREN GIAIMO
CHRISTOPHER KALLENBACH
THOMAS M. NONIEWICZ
CYNTHIA A. WATTS
JAMES E. WILDES

December 18, 2003

Attorney Vincent P. McManus Jr.
116 South Main Street
Wallingford  Ct  06492

RE:    Carolyn Harrigan v. Frederick Henry Wood, Jr., et al
       New Haven Federal Court
       Our File No.: 030241

Dear Attorney McManus:

    Enclosed, please find our responses to your requests to admit and to your discovery request. Mr. Wood's certification will be forthcoming.

    In order to prevent travel, I have asked Mr. Wood if he could have his dispatcher schedule a trip for him to Connecticut so that you may depose him. Fred tells me that he will only have a few days notice of this, and he will call me. Once I have received a call from Fred, I will notify you so that we may take his deposition.

    Should you have any questions, please free to call and discuss. My direct dial number is (203) 407-6026.

Sincerely,

Thomas M. Noniewicz