**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **HARRIGAN,** | : | **3:03cv462(WWE)** |
| | : | |
| **v.** | : | |
| | : | |
| **WOOD et al.** | : | |
| | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

___ All purposes including trial upon written request by all parties (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

**XXX** A ruling on the following pending motions(orefm):

        Motion for protective order [#15]
        Motion to determine sufficiency of responses [#16]

___ A settlement conference  (orefmisc./cnf)

___ A scheduling conference  (orefmisc/cnf)

___ Other:  (orefmisc./misc)

SO ORDERED this 11th day of March, 2004 at Bridgeport, Connecticut.

                                                                     /s/_____
                                                   Warren W. Eginton
                                                   Senior U.S. District Judge