FILED
2004 MAR 22 P 12: 28
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROLYN HARRIGAN** | : |
| Plaintiff | : |
| | : No. 03-CV-462 (WWE) |
| VS. | : |
| **FREDERICK HENRY WOOD, JR. and RUDY KNIGHT** | : |
| Defendants | : March 19, 2004 |

### AMENDED MOTION TO COMPEL

The Plaintiff in the above-entitled matter hereby moves this Court for an Order compelling the Defendant Frederick Henry Wood, Jr., a resident of the State of Ohio, to attend a duly noticed deposition in this matter in Wallingford, Connecticut.

This matter was commenced on March 17, 2003. Since then the plaintiff's deposition has been taken. The investigating police officer's deposition has been taken and witnesses' depositions have been taken. Counsel for the plaintiff has traveled to Tampa, Florida at the demand of counsel for the defendant to attend the deposition of the witness, Warren White's deposition.

Despite counsel for the defendants' numerous promises to produce the defendant Frederick Henry Wood, Jr. in the State of Connecticut for a deposition, he has failed and neglected to do so.

Therefore, it is requested that the court enter an order that the defendant Frederick Henry Wood, Jr. attend a deposition in the State of Connecticut on a day and at a time set by the Court for this purpose.

THE PLAINTIFF,

BY _____
VINCENT T. MCMANUS, JR.
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, Ct 06492
203-269-1111 / 203-265-0625
Her Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CAROLYN HARRIGAN                :
          Plaintiff              :
                                       :   No. 03-CV-462 (WWE)
VS.                              :
                                 :
FREDERICK HENRY WOOD, JR. and
RUDY KNIGHT
          Defendants             :   March 19, 2004

### CERTIFICATE OF MAILING

This is to certify that a copy of the attached Amended Motion to Compel has been mailed, postage prepaid, on the above date, to:

Thomas Noniewicz, Esq.
Sizemore Law Offices
6 Devine Street
North Haven, CT 06473

THE PLAINTIFF,

BY_____
Vincent T. McManus, Jr.,
Vincent T. McManus, Jr. P.C.
116 South Main Street
Wallingford, CT 06492
203-269-1111 / 203-265-0625 fax #
Fed. Bar #05503