UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Carolyn Harrigan : | |
| : | |
| v. : | Civil No. 3:03cv462(WWE) |
| : | |
| Frederick Wood : | |

### **ORDER**

On March 12, 2004 the Honorable Warren W. Eginton referred the above captioned case to the Magistrate Judge. Pursuant to L.R. 7(a)(1), all <u>original</u> documents are to be filed at the Seat of Court of the District Judge assigned to this case. Counsel are directed to forward to chambers within <u>10 days</u> copies of the Complaint(s), Answer(s) and any Pleadings previously filed in this case which are relevant to the referral. For the duration of this Magistrate Judge's involvement with this file, <u>courtesy copies</u> of all filings should be forwarded to her Chambers at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604.

Dated at Bridgeport, Connecticut this 22nd day of March 2004

                                        ___/s/_____
                                        Holly B. Fitzsimmons
                                        U.S. Magistrate Judge