**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**CAROLYN HARRIGAN,**                               **03cv462**

**v.**            _____

**WOOD and KNIGHT,**
    **Respondent.**

## ORDER

_____The motion for protective order is DENIED [doc. # 15] as moot.  The motion to compel [doc. #19] is DENIED.

SO ORDERED.

                    _____/s/_____
                    WARREN W. EGINTON
                    SENIOR U.S. DISTRICT JUDGE

Dated this 15th  of April, 2004 in Bridgeport, Connecticut.