UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 14, 2004

9:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.


CASE NO. **3:03-cv-462 (WWE)**    **Frederick Henry Wood, Jr. and Rudy Knight**


Vincent T. McManus Jr.
116 South Main St.
Wallingford, CT 06492

James E. Wildes
Thomas Matthew Noniewicz
Sizemore Law Offices
Crossroads Corporate Park
6 Devine St., 1st Fl.
North Haven, CT 06473


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK