FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MAY 20 P 1:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| CAROLYN HARRIGAN | : | |
| Plaintiff | : | |
| VS. | : | No. 03-CV-462 (WWE) |
| FREDERICK HENRY WOOD, JR. and RUDY KNIGHT | : | |
| Defendants | : | May 11, 2004 |

**STIPULATION FOR DISMISSAL**

Counsel for the plaintiff and the defendants in the above-entitled matter hereby stipulate and agree that the above matter has been settled between the parties and that this matter can be dismissed as to all defendants without costs to any party.

THE PLAINTIFF,

BY _____
Vincent T. McManus, Jr.
Her Attorney

THE DEFENDANTS,

BY _____
Thomas Nonlewicz
Their Attorney